**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
Hotel and Gaming Trades Council, AFL-CIO,

                              Petitioner,                              25 **CIVIL** 4983 (LJL)

              -against-                                                **JUDGMENT**

Key Hotels, LLC,

                              Respondent.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated November 10, 2025, the Petition is GRANTED and the Award is CONFIRMED. Judgment is entered in favor of Petitioner and against Respondent as follows: (i) Key Hotels shall post a bond in the amount of $355,367.10 with the Office of the Impartial Chairperson; (ii) Key Hotels shall pay $10,981.10 to Hotel employees, (iii) Key Hotels shall pay $497,927.09 to the HTC-HANYC Employee Benefits Funds; (iv) Key Hotels shall pay the Union pre-judgment interest from May 21, 2025 to the date of judgment at a rate of 9.0% per annum in the amount of $22,099.78; and (v) Key Hotels shall pay the Union post-judgment interest at a rate of 9.0% per annum.

**Dated**: New York, New York
            November 17, 2025

                                                      **TAMMI M. HELLWIG**
                                           _____
                                                      **Clerk of Court**


                                   **BY:**        _Ngam Dulel_
                                           _____
                                                      **Deputy Clerk**