UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

                      :

Hotel and Gaming Trades Council, AFL-CIO    :

                      :

             Petitioner,      :

                      :       25-cv-4983 (LJL)

     -v-                 :

                      :        ORDER

Key Hotels, LLC,           :

                      :

             Respondent.    :

                      :

------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

Petitioner shall serve the declaration at Dkt. No. 16 on Respondent by no later than November 26, 2025 and shall file proof of service on the docket. Responses to the request for attorney's fees and costs are due on December 10, 2025.

SO ORDERED.

Dated: November 25, 2025
      New York, New York

                                LEWIS J. LIMAN
                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2025