**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
HOTEL AND GAMING TRADES COUNCIL,
AFL-CIO,

                       Petitioner,                          25 **CIVIL** 4983 (LJL)

      -against-                                        **JUDGMENT**

                                                **For Attorney's Fees**

KEY HOTELS, LLC,

                       Respondent.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated March 17, 2026, judgment is entered for Petitioner in the

amount of $4,367 in attorneys' fees and $405 in expenses; accordingly, the case is closed.

**Dated:**  New York, New York
         March 17, 2026

                                         **TAMMI M. HELLWIG**

                                      _____

                                          **Clerk of Court**

                    **BY:**               K. Mango

                                          _____

                                            **Deputy Clerk**